UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| CARMEN MCELHANEY,<br><br>      Plaintiff,<br><br> v.<br><br>MICHAEL J. ASTRUE, Commissioner of Social Security,<br><br>      Defendant. | Case No. C10-5387KLS<br><br>ORDER GRANTING PLAINTIFF'S APPLICATION TO PROCEED *IN FORMA PAUPERIS* |

  Plaintiff's application to proceed *in forma pauperis* (Dkt. #1) is GRANTED.  Plaintiff does not appear to have funds available to afford the $350.00 filing fee.

  DATED this 7th day of June, 2010.

                    /s/ Karen L. Strombom
                    Karen L. Strombom
                    United States Magistrate Judge

ORDER - 1